```
                                           FILED IN THE
                                        U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON

                                           JUN 2 1 2005

                                        JAMES R. LARSEN, CLERK
                                        _____DEPUTY
                                           YAKIMA, WASHINGTON
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: MJ-05-4131-01 |
| Plaintiff, ) | |
| v. ) | **ORDER DISMISSING** |
| OLEGARIO RUEDA-JUAREZ, ) | **COMPLAINT** |
| aka: Edivaldo Sosa-Montemayor ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Complaint in the above-entitled matter is dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this 21st day of June, 2005.

/s/ Michael W. Leavitt
MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

RECEIVED
JUN 20 2005
CLERK, U.S. DISTRICT COURT
YAKIMA, WA